THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MATTHEWS et al., Doing Business under the Firm Name of A. D. Matthews' Sons, Respondents, *v.* FRANK E. PERLEY et al., Constituting the State Board of Tax Commissioners, Appellants.

*People ex rel. Matthews* v. *Perley*, 143 App. Div. 915, affirmed.
(Argued June 5, 1911; decided June 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 20, 1911, which affirmed an order of Special Term vacating an assessment against the relators upon a vault or substructure maintained under a street in the borough of Brooklyn.

*Thomas Carmody, Attorney-General (Henry Selden Bacon* of counsel), for appellants.

*Edward M. Grout, Paul Grout* and *Frank R. Greene* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.